1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

NGOC LAM CHE, an individual,

    Plaintiff,

    v.

MARIANNE SALAS, an individual, dba, "NAGLEE PARK DEVELOPMENT PARTNERSHIP"; MARK CHIAR, dba, " HOUSE OF BAGELS",

    Defendants.

Case No.  5:16-cv-00662 HRL

**ORDER TO SHOW CAUSE RE SETTLEMENT**

    This court having been informed that this case has settled, all previously scheduled deadlines and appearances are vacated, and all pending motions are terminated.

    **On or before October 26, 2016**, the parties shall file a stipulated dismissal pursuant to Fed. R. Civ. P. 41(a).  If a dismissal is not filed by the specified date, then the parties shall appear in Courtroom 2, 5th Floor of the United States District Court, 280 South First Street, San Jose, California on **November 15, 2016 10:00 a.m.** and show cause, if any, why the case should not be dismissed pursuant to Fed. R. Civ. P. 41(a).  Additionally, the parties shall file a statement in response to this Order to Show Cause no later than **October 26, 2016**, advising as to (1) the status of the activities of the parties in finalizing settlement; and (2) how much additional time, if any, is requested to finalize the settlement and file the dismissal.  If a dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated and the parties need not file a

statement in response to this Order.

SO ORDERED.

Dated:   September 27, 2016

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

United States District Court
Northern District of California

2

5:16-cv-00662-HRL Notice has been electronically mailed to:

Pamela Tsao      pamela.tsao@ascensionlawgroup.com

Shirley Jackson      sjackson@hopkinscarley.com, cknode@hopkinscarley.com, pvoight@hopkinscarley.com