ASCENSION LAW GROUP
PAMELA TSAO( 266734)
2030 E. 4th Street
Suite 205
Santa Ana, CA 92705
PH: 714.783.4220
FAX: 888.505.1033
Pamela.Tsao@ascensionlawgroup.com

Attorneys for Plaintiff NGOC LAM CHE

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NGOC LAM CHE, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> DOE, dba, " HOUSE OF BAGELS"; MARIANNE SALAS, an individual, dba, "NAGLEE PARK DEVELOPMENT PARTNERSHIP", <br><br> Defendants. | Case No.:  5:16-cv-00662-HRL <br><br> ~~[PROPOSED]~~ **ORDER RE STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE** <br><br> Re: Dkt. 23 |

Pursuant to the parties' "Stipulation of Voluntary Dismissal with Prejudice," and good cause appearing therefore, IT IS HEREBY ORDERED that the Defendants and the entire above-captioned action shall be dismissed with prejudice in the above-captioned action.  Each party shall bear his or its own costs and attorney's fees.  This Court shall retain jurisdiction to enforce the settlement terms between the parties.

IT IS SO ORDERED

Dated _____   January 4, 2017

_____
Hon. Howard R. Lloyd
Magistrate  Judge, United States District Court,
Northern District of California